# IN THE SUPREME COURT OF THE STATE OF NEVADA

GUETATCHEW FIKROU,
Appellant,
vs.
AMERICA FIRST CREDIT UNION,
Respondent.

No. 71833

**FILED**

DEC 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an oral order denying a timely motion for reconsideration of a final judgment of dismissal and from an order denying appellant's motion that agents of respondent be deposed in Las Vegas. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written order resolving the motion for reconsideration, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686-89, 747 P.2d 1380 (1987). An oral pronouncement of judgment is not valid for any purpose, and only a written judgment has any effect and may be appealed. Prior to the entry of a written order, the district court remains free to reconsider and issue a written judgment different from its oral pronouncement. *Id.* at 688, 747 P.2d 1382; *see also Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979).

Second, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207,

SUPREME COURT
OF
NEVADA

(O) 1947A

16-39213

678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to prevent representatives of a party being deposed in a particular location.

We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Pickering

_____, J.
Stiglich

cc:    Hon. Jerry A. Wiese, District Judge
Guetatchew Fikrou
Smith Knowles
Eighth District Court Clerk